UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GERALD JAMES MIRE, III,
ET AL.

CIVIL ACTION

VERSUS

DISA GLOBAL SOLUTIONS, INC.,
ET AL.

NO.: 18-00137-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 58)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiffs' **Motion for Leave to File First Amended Petition for Damages (Doc. 4)** and Plaintiffs' **Motion for Remand (Doc. 17)**. The Magistrate Judge concluded that the Court may properly exercise federal question jurisdiction over this action under 28 U.S.C. § 1331 in light of Plaintiffs' ADA claims raised in the original Petition. (Doc. 58 at p. 12). The Magistrate Judge also concluded that the Court may properly exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) over the remaining state law claims. (*Id.*). Lastly, the Magistrate Judge concluded that the addition of ISC Constructors, LLC., as a Defendant in the Amended Complaint, does not destroy the Court's subject matter jurisdiction. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 58)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion to Remand (Doc. 17)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion for Leave of Court to File First Amended Petition for Damages (Doc. 4)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to enter Plaintiffs' First Amended Petition for Damages (Doc. 4-1) into the record.

Baton Rouge, Louisiana, this 3rd day of July, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA